# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| BYA International, LLC ) | ASBCA Nos. 58027, 58467 |
| ) | 58468, 58469 |
| ) | |
| Under Contract No. W5J9LE-10-C-0031 ) | |

APPEARANCES FOR THE APPELLANT:    Shawn C. Whittaker, Esq.
    Whittaker & Associates, P.C.
    Rockville, MD

    Donald C. Holmes, Esq.
    Donald C. Holmes & Associates, PA
    Greensboro, MD

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    James D. Stephens, Esq.
    Assistant District Counsel
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 22 April 2015

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58027, 58467, 58468, 58469, Appeals of BYA International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals